858

No. 86, Misc. COLE *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. James E. Kennedy* for respondent.

No. 93, Misc. BRYANT *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Max P. Flusche, Jr., John D. Cofer* and *Hume Cofer* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 94, Misc. HOPKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Earl Badgett* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 97, Misc. SLIVA *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98, Misc. DIEHL *v.* CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Jay S. Linderman,* Deputy Attorney General, for respondent.

No. 99, Misc. DOUGLAS *v.* MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 100, Misc. WARNER *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.